IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA SIMS, | ) |
|     Plaintiff, | ) |
| | ) PLAINTIFF DEMANDS TRIAL |
| v. | ) BY A STRUCK JURY |
| | ) |
| COOSA COUNTY BOARD OF EDUCATION, | ) Civil Action No.: |
| | ) 2:07-CV-704-MEF |
|     Defendant. | ) |
| | ) |

## SUMMONS

**TO DEFENDANT:** Coosa County Board of Education
Todd Wingard, Superintendent of Board of Education
P.O. Box 37
Rockford, Alabama 35136

You are hereby summoned and required to serve upon Plaintiff's attorney:

Jerry Roberson
Roberson & Roberson
P.O. Box 380487
Birmingham, Alabama 35238
Phone Number:  205.981.3906
Fax Number:      205.981.3908

a response to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 8/3/07

By: William C. [signature]
    Deputy Clerk

Debra P. Hackett, Clerk of Court
United States District Court
One Church Street
Montgomery, Alabama 36101-0711

Case Number: CV 2:07cv704-MEF

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the ___ day of _____, 20__, I served this summons together with the Complaint as follows:

- ☐ By personal service on the Defendant at_____
- ☐ By serving a person of suitable age and discretion then residing in the Defendant's usual place of abode. (Give name and address of person served.)
- ☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name and address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____        _____
Date                                                                    *Authorized or Specially Appointed Process Server*

☐ I hereby certify and return this ____ day of _____, 20__, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
_____
Date                                                                    *Authorized or Specially Appointed Process Server*
Server

Costs of Service:     Service Fee:                                                     $_____
                      Expenses: _____ miles @ _____cents     $_____

                                                        TOTAL          $_____

## RETURN ON SERVICE VIA CERTIFIED MAIL

☐ The summons and complaint in this matter were mailed via Certified Mail, Return Receipt Requested on this the ____ day of _____, 20__.

☐ Return on service of summons and complaint on the ____ day of _____, 20__.