IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GLORIA SIMS

    Plaintiff,

v.      CASE NO. 2:07-cv-00704-MEF

COOSA COUNTY BOARD OF EDUCATION

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW GLORIA SIMS, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity        Relationship to Party

---

8/10/2007
Date

s/Jerry D. Roberson
(Signature)

Jerry Roberson
(Counsel's Name)

Gloria Sims
Counsel for (print names of all parties)

P.O. Box 380487
Birmingham, Al. 35238
Address, City, State Zip Code

205-981-3906
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, Jerry Roberson, do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 10th day of August 20 07, to:

Attorney not yet known.

8/10/2007
Date

s/Jerry D. Roberson
Signature