**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Coosa County Board of Education
Todd Wingard, Superintendent of
Board of Education
P.O. Box 37
Rockford, Alabama 35136

07cv 704  S & C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  _Sharon Massie_   ☒ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

Sharon Massie   8-4-7

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7004 1160 0004 9749 7188

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540