IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA SIMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NUMBER: |
| | ) 2:07-cv-704-MEF |
| COOSA COUNTY BOARD OF | ) |
| EDUCATION, | ) |
| | ) |
| Defendant. | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Coosa County Board of Education, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☒    This party is a governmental entity, or

☐    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                           <u>Relationship to Party</u>

Not applicable _____    _____

_____  _____

_____  _____

_____  _____


                                                                      s/Donald B. Sweeney, Jr.
                                                                       DONALD B. SWEENEY, JR.
                                                                            (SWE002)

<u>OF COUNSEL</u>

Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jerry Roberson, Esq.
> Roberson & Roberson
> P.O. Box 380487
> Birmingham, AL  35238

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> None

>> Respectfully submitted,
>>
>> s/ Donald B. Sweeney, Jr.
>> _____
>> Donald B. Sweeney, Jr. (ASB-3803-W77D)
>> Bradley Arant Rose & White LLP
>> One Federal Place
>> 1819 Fifth Avenue North
>> Birmingham, AL 35203-2119
>> Telephone: (205) 521-8000
>> Facsimile: (205) 521-8800
>> E-mail: dsweeney@bradleyarant.com