IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GLORIA SIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER: |
| | ) | 2:07-cv-704-MEF |
| COOSA COUNTY BOARD OF | ) | |
| EDUCATION, | ) | |
| | ) | |
| Defendant. | | |

**MOTION FOR SUMMARY JUDGMENT
ON BEHALF OF
DEFENDANT COOSA COUNTY BOARD OF EDUCATION**

Defendant Coosa County Board of Education moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order of summary judgment as to each and every claim Plaintiff asserts in her Complaint against it. In support of this motion, Defendant states that no genuine issue of material fact exists as to any of the Plaintiff's claims and Defendant is entitled to judgment as a matter of law.

This motion will be supported by a brief in support of motion for summary judgment and evidentiary submission which Defendant will file contemporaneously with this motion.

s/Donald B. Sweeney, Jr.
DONALD B. SWEENEY, JR.


s/Anne R. Yuengert
ANNE R. YUENGERT


<u>OF COUNSEL</u>

Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jerry Roberson, Esq.
Roberson & Roberson
P.O. Box 380487
Birmingham, AL  35238

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

Respectfully submitted,

s/ Anne R. Yuengert
Anne R. Yuengert