IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA SIMS, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | |
| ) | 2:07-cv-704-MEF |
| COOSA COUNTY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW Plaintiff's counsel, Jerry Roberson and pursuant to this Court's scheduling order, reports to this Court that he has engaged in numerous settlement discussions with the Defendant in this case. At this time the parties have not resolved the matter. They do not believe mediation will be helpful at this time but will continue to discuss whether a mediator would be helpful. The parties are continuing to discuss a potential resolution of this matter but can give no assurances to this Court that is will be resolved.

Respectfully submitted,

s/Jerry Roberson
Jerry Roberson (ROB010)
Roberson & Roberson
P.O. Box 380487
Birmingham, Alabama 35238
Telephone:   (205) 981-3906
Fax:               (205) 981-3908
E-mail: **jdratty@charter.net**

## CERTIFICATE OF SERVICE

  I hereby certify that on the 25th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Donald B. Sweeney, Jr. (SWE002)
Anne Regina Yuengert
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800


                     s/Jerry Roberson
                     Jerry Roberson (ROB010)