# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| GLORIA SIMS, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | |
| ) | 2:07-cv-704-MEF |
| COOSA COUNTY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S EXHIBIT LIST

Comes now the Plaintiff and in accordance with this Court's Scheduling Order, hereby files her Exhibit List for the trial of this cause.

## PLAINTIFF'S EXHIBITS

Exhibit 1.   Gloria Sims time line (Demonstrative)

Exhibit 2.   Affidavit of Sims regarding back-pay

Exhibit 3.   Back-Pay chart (Demonstrative)

Exhibit 4.   Job Posting dated September 5, 2006

Exhibit 5.   Coosa County Substitution Application

Exhibit 6.   Interview Sheet dated September 27, 2006

Exhibit 7.   Gloria Sims' EEOC Charge

Exhibit 8.   Employee Screening Service - Coosa County Medical

Exhibit 9.   Affidavit of Barbara Murphy

Exhibit 10.   List of lunchroom workers

Exhibit 11.   Lisa Cleveland Personnel File

Exhibit 12.   Affidavit of Forbus (April 11, 2007)

Exhibit 13.   Consent Decree dated 9/10/1999
*Lee, et al. v. Coosa County Board of Education*, CV-3101-N

Exhibit 14.   Letter to McGhee at the EEOC dated April 18, 2007

Exhibit 15.   Affidavit of Pam Jones (March 29, 2007)

Exhibit 16.   Affidavit of Bullard (April 9, 2007)

Exhibit 17.   Letter to Thomas at the EEOC (Charging Party Response December 29, 2006)

Exhibit 18.   Sims' W-2s and/or Tax returns

Exhibit 19.   Defendant's Answers to Plaintiff's First Interrogatories

Exhibit 20.   Portions of Jerry McKinney's personnel file

Exhibit 21.   Defendant's Articulated Reason for Discharge (Demonstrative)

Exhibit 22.   Any exhibit necessary for rebuttal.

              Respectfully submitted,

              s/Jerry Roberson
              Jerry Roberson (ROB010)
              Roberson & Roberson
              P.O. Box 380487
              Birmingham, Alabama 35238
              Telephone:   (205) 981-3906
              Fax:           (205) 981-3908
              E-mail: **jdratty@charter.net**
                      **tlbaker@charter.net**

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 20th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Donald B. Sweeney, Jr. (SWE002)
Anne Regina Yuengert
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2119
Telephone:  (205) 521-8000
Facsimile:   (205) 521-8800

                s/Jerry Roberson
                Jerry Roberson (ROB010)