## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| GLORIA SIMS, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | |
| ) | 2:07-cv-704-MEF |
| COOSA COUNTY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S WITNESS LIST

Comes now the Plaintiff and in accordance with this Court's Scheduling Order, hereby files her Witness List for the trial of this cause.

**I.   Witnesses Plaintiff Expects to Call:**

1. Gloria Sims
   c/o of Jerry D. Roberson, Esq.
   Roberson & Roberson
   3765 Kinross Drive
   Birmingham, Alabama 35242

2. Jan Forbus
   c/o Donald B. Sweeney, Jr. and Anne Regina Yuengert
   Bradley Arant Rose & White LLP
   One Federal Place
   1819 Fifth Avenue North
   Birmingham, Alabama 35203-2119

3. Pamela Jones
   c/o Donald B. Sweeney, Jr. and Anne Regina Yuengert
   Bradley Arant Rose & White LLP
   One Federal Place
   1819 Fifth Avenue North
   Birmingham, Alabama 35203-2119

4. Sandra Thompson
   c/o Donald B. Sweeney, Jr. and Anne Regina Yuengert
   Bradley Arant Rose & White LLP
   One Federal Place
   1819 Fifth Avenue North
   Birmingham, Alabama 35203-2119

5. Keith Bullard
   c/o Donald B. Sweeney, Jr. and Anne Regina Yuengert
   Bradley Arant Rose & White LLP
   One Federal Place
   1819 Fifth Avenue North
   Birmingham, Alabama 35203-2119

6. Todd Wingard
   c/o Donald B. Sweeney, Jr. and Anne Regina Yuengert
   Bradley Arant Rose & White LLP
   One Federal Place
   1819 Fifth Avenue North
   Birmingham, Alabama 35203-2119

7. Lisa Cleveland
   c/o Donald B. Sweeney, Jr. and Anne Regina Yuengert
   Bradley Arant Rose & White LLP
   One Federal Place
   1819 Fifth Avenue North
   Birmingham, Alabama 35203-2119

8. Calvin Owens
   c/o Donald B. Sweeney, Jr. and Anne Regina Yuengert
   Bradley Arant Rose & White LLP
   One Federal Place
   1819 Fifth Avenue North
   Birmingham, Alabama 35203-2119

9. Barbara Murphy
   c/o Donald B. Sweeney, Jr. and Anne Regina Yuengert
   Bradley Arant Rose & White LLP
   One Federal Place
   1819 Fifth Avenue North
   Birmingham, Alabama 35203-2119

10. Human Relations Representative from Coosa Valley Medical

11.  Jerry McKinney
     c/o Donald B. Sweeney, Jr. and Anne Regina Yuengert
     Bradley Arant Rose & White LLP
     One Federal Place
     1819 Fifth Avenue North
     Birmingham, Alabama 35203-2119

12.  Any witness identified by Defendant

13.  Any witness needed for rebuttal

                                                    Respectfully submitted,

                                                    s/Jerry Roberson
                                                    Jerry Roberson (ROB010)
                                                    Roberson & Roberson
                                                    P.O. Box 380487
                                                    Birmingham, Alabama 35238
                                                    Telephone:  (205) 981-3906
                                                    Fax:           (205) 981-3908
                                                    E-mail**: jdratty@charter.net**
                                                                   **tlbaker@charter.net**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Donald B. Sweeney, Jr. (SWE002)
Anne Regina Yuengert
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2119
Telephone:  (205) 521-8000
Facsimile:   (205) 521-8800

                                                s/Jerry Roberson
                                                Jerry Roberson (ROB010)