IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA SIMS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NUMBER: |
| | ) 2:07-cv-704-MEF |
| COOSA COUNTY BOARD OF EDUCATION, | ) |
| | ) |
|     Defendant. | ) |

## **DEFENDANT'S WITNESS AND EXHIBIT LIST**

Comes now Defendant, by and through the undersigned counsel of record, and hereby submits its trial list of potential witnesses and exhibits, in accordance with the Court's Scheduling Order:

### WITNESSES

Defendant may call some or all of the following persons to testify as witnesses at the trial of this case:

#### Primary

1. Todd Wingard
   Coosa County Board of Education
   2001 Nixburg Road
   Rockford, AL 35136
   256-377-4913

2. Pam Jones
   Coosa County Board of Education
   2001 Nixburg Road
   Rockford, AL  35136
   256-377-4913

3. Jan Forbus
   115 County Road 103
   Kellyton, AL  35089
   256-329-9437

4. Keith Bullard
   Central High School
   Route 2, Box 62
   Highway 231 North
   Rockford, AL  35136
   256-377-4384

5. Jerry McKinney
   Route 7, Box 85
   Alexander City, AL  35010
   256-377-4384

<u>Optional</u>

6. Barbara Murphy
   P.O. Box 273
   Weogufka, AL  35183
   256-249-6098

7. Sandra Thompson
   Route 1, Box 233
   Goodwater, AL  35072
   256-839-5859

8. Margaret Henderson
   P.O. Box 364
   Rockford, AL  35136
   256-377-4699

9. Lisa Cleveland
   Route 3, Box 41
   Goodwater, AL  35072
   256-839-0067

10. Calvin Owens
    P.O. Box 441
    Goodwater, AL  35072
    256-839-6348

11. Gloria Sims

12. Jimmie Lawrence (contact information to be provided)

13. Members of the Coosa County Board of Education:  Randall Hardman, Larry Goodgame, David Tuck, Charles Ward and David Edwards

    c/o Coosa County Board of Education
    2001 Nixburg Road
    Rockford, AL  35136
    256-377-4913

14. All witnesses listed by Plaintiff in Plaintiff's Witness List, subject to the right of Defendant to object to the admissibility of such witnesses.

15. Any rebuttal witnesses necessary.

16. Any individuals listed in the Plaintiff's or Defendant's initial disclosures or responses to interrogatories.

17. Any individual who has been deposed or subpoenaed for trial by any party in this case.

18. Any witnesses added by amendment hereto as allowed by the Court.

## EXHIBITS

The following is a description of documentary evidence which Defendant intends to utilize at the trial of this case:

1. Ala. Code § 16-22-15

2. September 5, 2006 Temporary Vacancy Posting for 6-hour temporary lunchroom worker (Bates No. 001)

3. August 20, 2004 substitute application signed by Plaintiff (Bates No. 48)

4. Written recommendation to Board to hire Jerry W. McKinney (Bates No. 28)

5. December 4, 2006 letter from T. Wingard to J. McKinney

6. August 21, 2006 substitute application from J. McKinney

7. October 13, 2006 letter from T. Wingard to J. McKinney

8. List of lunchroom workers and their educational backgrounds (Bates 0035)

9. Job postings for lunchroom worker positions prior to September 2006

10. Alabama Child Nutrition Programs Policies and Procedures Handbook Sample S-30 (Bates Nos. 30-32)

11. Plaintiff's EEOC Charge No. 420-2007-00692

12. EEOC Dismissal and Notice of Rights for Charge No. 420-2007-00692

13. August 1, 2006 letter from T. Wingard to Plaintiff regarding eligibility for substitute work (Bates No. 0049)

14. List of interviews for lunchroom position September 2006 (Bates No. 0051-0052)

15. Documents regarding and interviews and applications for lunchroom worker for September 2006 vacancy (Bates Nos. 16-47)

16. Defendant does not intend to use depositions as exhibits or present any witness by deposition at the trial. Defendant retains the right to use any deposition taken in this case for rebuttal and impeachment purposes at trial.

17. Defendant does not intend to use affidavits submitted to the U.S. Equal Employment Opportunity Commission or to the Court to support Defendant's Motion for Summary judgment as exhibits at the trial. Defendant retains the right to use any such affidavit for rebuttal and impeachment purposes at trial.

18. All documents listed by Plaintiff, subject to the right of Defendant to object to the admissibility of such documents.

19. Any admissible document produced by Plaintiff in discovery.

20. Any admissible document produced by Defendant in discovery.

21. Any document required to rebut evidence offered at trial.

                                                       s/Anne R. Yuengert
                                                         ANNE R. YUENGERT

<u>OF COUNSEL</u>

Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on August 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jerry Roberson, Esq.
    Roberson & Roberson
    P.O. Box 380487
    Birmingham, AL  35238

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None

                                                           s/ Anne R. Yuengert
                                                        Anne R. Yuengert